AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT ☒ INFORMATION ☐ INDICTMENT ☒ SUPERSEDING

**OFFENSE CHARGED**

21 U.S.C. § 843(b) - Illegal Use of a Communication Facility

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: Maximum 4 years imprisonment;
Maximum $250,000 fine;
Maximum of 1 year of supervised release;
$100 special assessment.

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

**DEFENDANT - U.S**

▶ KEVIN ARTEAGA-MORALES A/K/A JAIRO MEDINA

DISTRICT COURT NUMBER
19-0381-13 CRB

**FILED**

FEB 04 2020
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any)
DEA

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY ☐ DEFENSE

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☒ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under
19-71162 TSH

Name and Office of Person Furnishing Information on this form    DAVID L. ANDERSON
☒ U.S. Attorney ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)    SAILAJA M. PAIDIPATY

**DEFENDANT**

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☒ On this charge
5) ☐ On another conviction } ☐ Federal ☐ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer ☐ Yes } If "Yes" give date filed
been filed? ☐ No

DATE OF ARREST ▶ Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS ☒ NO PROCESS* ☐ WARRANT
If Summons, complete following:
☐ Arraignment ☐ Initial Appearance
Defendant Address:

Bail Amount:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:    Before Judge:

Comments:

| 1 | DAVID L. ANDERSON (CABN 149604) |
| United States Attorney |

**FILED**

**FEB 04 2020**

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) CASE NO. 19-0381-13 CRB |
|---|---|
| Plaintiff, | ) |
| | ) VIOLATION: 21 U.S.C. § 843(b) – Illegal Use of a |
| v. | ) Communications Facility |
| KEVIN ARTEAGA MORALES, | ) |
| a/k/a "Jairo Medina" | ) |
| Defendant. | ) |

S U P E R S E D I N G  I N F O R M A T I O N

The United States Attorney charges:

On January 17, 2019, in the Northern District of California and elsewhere, the defendant,

KEVIN ARTEAGA MORALES,
a/k/a "Jairo Medina"

did knowingly and intentionally use a communication facility in committing, causing and facilitating the commission of an act constituting a felony under Title 21, Subchapter I, in violation of Title 21, United

//
//
//

INFORMATION                                    1

States Code, Section 843(b).

DATED: 2/3/2020

DAVID L. ANDERSON  
United States Attorney

SAILAJA M. PAIDIPATY  
Assistant United States Attorney