11/17/20 at the disp of M-20-1758-01 (RC)
lc

PROB 22
(Rev. 2/88)

# TRANSFER OF JURISDICTION

DOCKET NUMBER *(Tran. Court)*
CR-19-00381-013 CRB

DOCKET NUMBER *(Rec. Court)*
M-20-2038

| NAME AND CITY, STATE OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Kevin Arteaga-Morales | ND/CA | San Francisco |
| | NAME OF SENTENCING JUDGE | |
| | Honorable Charles R. Breyer | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 05/01/2020 | TO 04/30/2021 |

OFFENSE
21 U.S.C. § 843(b) Illegal Use of a Communications Facility

**FILED**

Feb 18 2021

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the _____ Southern District of Texas _____ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

November 10, 2020
*Date*

*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE   Southern District of Texas

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

November 24, 2020
*Effective Date*

*United States District Judge*